## GREEN v. STATE. (No. 10848.)

(Court of Criminal Appeals of Texas. March 16, 1927.)

**Criminal law ⬤➡1070—Appellant's death abates appeal.**

Appellant's death since Court of Criminal Appeals obtained jurisdiction abates appeal.

Appeal from District Court, Johnson County; Irwin T. Ward, Judge.

John Henry Green was convicted of manufacturing intoxicating liquor, and he appeals. Appeal abated.

A. C. Chrisman, of Cleburne, for appellant.
Sam D. Stinson, State's Atty., of Austin, and Robt. M. Lyles, Asst. State's Atty., of Groesbeck, for the State.

HAWKINS, J. Appeal is from a conviction for manufacturing intoxicating liquor, with punishment of two years in the penitentiary.

It is made known to the court by proper affidavit that appellant has died since this court obtained jurisdiction; therefore the appeal is abated.

===

## JONES v. STATE. (No. 10768.)

(Court of Criminal Appeals of Texas. March 9, 1927.)

**Criminal law ⬤➡1090(1) — Record containing neither statement of facts nor bills of exception presents nothing for review on appeal from conviction.**

Where record contains neither statement of facts nor bills of exception, nothing is presented for review on appeal from conviction for desertion and refusal to support wife.

Appeal from San Augustine County Court; W. C. Gary, Judge.

Cleo Jones was convicted of desertion and refusal to support his wife, and he appeals. Affirmed.

J. R. Bogard, of San Augustine, for appellant.
Sam D. Stinson, State's Atty., of Austin, and Robt. M. Lyles, Asst. State's Atty., of Austin, for the State.

HAWKINS, J. Conviction of appellant is for the desertion and refusal to support his wife; punishment being a fine of $25.

The record contains neither statement of facts nor bills of exception. In this condition nothing is presented for review.

The judgment is affirmed.